UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -  :  INDICTMENT

FREDERICK WALLACE,  :  07 Cr. ____
    a/k/a "Big Dread,"
    a/k/a "Eugene Kenneth Grant,"
    a/k/a "Michael Hodges,"   **07 CRIM. 546**
    a/k/a "Jason Nunez,"
    a/k/a "Jason Younaise,"

          Defendant.

- - - - - - - - - - - - - - - - - - - x

*JUDGE CASTEL*

## COUNT ONE

The Grand Jury charges:

From at least in or about 2000, up to and including on or about March 7, 2006, in the Southern District of New York and elsewhere, FREDERICK WALLACE, a/k/a "Big Dread," a/k/a "Eugene Kenneth Grant," a/k/a "Michael Hodges," a/k/a "Jason Nunez," a/k/a "Jason Younaise," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about August 2, 1995, in Cook County Circuit Court in Illinois, for possession of a controlled substance, and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 ___



without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FREDERICK WALLACE,
a/k/a "Big Dread,"
a/k/a "Eugene Kenneth Grant,"
a/k/a "Michael Hodges,"
a/k/a "Jason Nunez,"
a/k/a "Jason Younaise,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Cheryl Allyne* Foreperson.

6/14/07 — FILED INDICTMENT,
G-C    JUDGE CASTEL FOR ALL PURPOSES.
       Freeman, USMJ.